# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145188(68)

UNITED SERVICES AUTOMOBILE
ASSOCIATION,
      Plaintiff/Counter-Defendant/Appellant,

v

CHARLES RIMBEY and TERRY PARK,
co-guardians of RANA REYES, a legally
incapacitated individual,
      Defendants-Appellees,

and

SPECTRUM HEALTH HOSPITALS and
SPECTRUM HEALTH CONTINUING CARE,
      Defendants/Counter-Plaintiffs/Appellees.

_____/

SC: 145188
COA: 299307
Ottawa CC: 09-001140-NF

      On order of the Court, the motion for reconsideration of this Court's February 6, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

d0617